UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
NATIONWIDE JUDGMENT RECOVERY,   :
INC.,                                                   :
                                                        :
                                    Plaintiff,          :           20-mc-603
                                                        :
                    -against-                           :           **ORDER**
                                                        :
CHAN MAN YUNG,                                          :
                                                        :
                                    Defendant.          :
                                                        :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On June 30, 2023 I held a hearing on Defendant's Order to Show Cause for Emergency

Relief, (Doc. 4).  As stated during the hearing, it is hereby:

ORDERED that the parties submit letter briefing on the issue of whether this matter

should be transferred to the Western District of North Carolina.  Plaintiff's opening letter-brief,

of no more than 6 pages, shall be filed on or before July 17, 2023.  Opposition of no more than 6

pages shall be filed on or before July 31, 2023.  Replies, if permission is granted, shall be filed

on or before August 7, 2023.

SO ORDERED.

Dated:  June 30, 2023
        New York, New York

                                        _Vernon Broderick_____
                                        Vernon S. Broderick
                                        United States District Judge